IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **MOVEMENT MORTGAGE, LLC** § | | |
| Plaintiff, § | | |
| § | | |
| VS. § | CIVIL ACTION NO. | |
| § | | |
| **WILLIAM LOVELL AND UNITED** § | 3:25-cv-01126 | |
| **STATES OF AMERICA ON BEHALF OF** § | | |
| **THE SECRETARY OF HOUSING AND** § | | |
| **URBAN DEVELOPMENT,** § | | |
| Defendants. § | | |

## MOVEMENT MORTGAGE, LLC'S NOTICE OF VOLUNTARY DISMISSAL

COMES NOW, Movement Mortgage, LLC ("Plaintiff"), and pursuant to Federal Rule of Civil Procedure 41, files this Notice of Voluntary Dismissal of the above-captioned matter.

1. Plaintiff filed the Complaint on October 1, 2025.

2. None of the Defendants have filed an Answer or a Motion for Summary Judgment.

3. Dismissal is respectfully requested because the underlying dispute has been resolved between the parties and litigation is no longer warranted.

WHEREFORE, Movement Mortgage, LLC prays Court take notice of the Dismissal without prejudice and without costs, and for all other relief Court deems appropriate.

DATE: November 18, 2025

Respectfully submitted,
MARINOSCI LAW GROUP, P.C.

*/s/ Sammy Hooda*
Sammy Hooda / TX Bar No. 24064032
Drew Worley / TN Bar No. 037369
16415 Addison Road, Suite 725
Addison, TX 75001
Phone: 401.234.9200
Email: shooda@mlg-defaultlaw.com
Email: dworley@mlg-defaultlaw.com
**Attorneys for Plaintiff, Movement Mortgage LLC**